**[Dtrnabk]** [District Transmittal of Notice of Appeal − BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 6:25−bk−05570−GER
Chapter 11

Homemakers Real Estate, LLC

________Debtor(s)________/

TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this case.

Notice of Appeal filed by Creditor Frank Amodeo on August 26, 2026 (Doc. No. 352).

Title of order appealed is Order Denying Motion for Disqualification Pedixon LLC and ZPD LLC from Participation (Doc. No. 344) entered on August 21, 2026.

The party or parties included in the appeal to District Court are:

APPELLANT: Frank Amodeo, 1311 Hoffner Avenue, Orlando, FL 32809

ATTORNEY: Pro Se

APPELLEE: Lara Roeske Fernandez, 101 E. Kennedy Boulevard Bank of America Plaza Ste 2700 Tampa, FL 33702

ATTORNEY: Rhys P Leonard, Trenam Kemker 101 East Kennedy Boulevard Suite 2700 Tampa, FL 33602−5150

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

*Notice of Appeal

The debtor's county of residence is Orange County, Florida.

DATED on September 16, 2026

FOR THE COURT
Jose A Rodriguez , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.