Show Regular Docket Sheet QC Editor

**PriorCase, APPEAL**

**U.S. Bankruptcy Court**
**Middle District of Florida (Orlando)**
**Bankruptcy Petition #: 6:25-bk-05570-GER**
**Internal Use Only**

*Assigned to:* Grace E. Robson
Chapter 11
Voluntary
Asset

*Date filed:* 09/02/2025
*341 meeting:* 07/16/2026
*Deadline for filing claims:* 07/30/2026

***Debtor***
**Homemakers Real Estate, LLC**
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806
ORANGE-FL
Tax ID / EIN: 26-3885166

represented by **Scott R Rost**
Brennan, Manna & Diamond, P.L.
301 East Pine Street
Ste 500
Orlando, FL 32801
407-634-4590
Email: srrost@bmdpl.com

**James Timko**
Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA
420 S Orange Avenue
Suite 700
Orlando, FL 32801
407-841-1200
Fax : 407-423-1831
Email: jtimko@deanmead.com

**Justin M Luna**
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801
(407) 481-5800
Fax : (407) 481-5801
Email: jluna@lathamluna.com

***Petitioning Creditor***
**TIERED CAPITAL, INC.**
4409 Hoffner Avenue #348
Orlando, FL 32817

represented by **TIERED CAPITAL, INC.**
PRO SE

**Scott R Rost**
Brennan, Manna & Diamond, P.L.
301 East Pine Street
Ste 500
Orlando, FL 32801
407-634-4590
*TERMINATED: 01/26/2026*

***Trustee***
**Lara Roeske Fernandez**
101 E. Kennedy Boulevard
Bank of America Plaza
Ste 2700
Tampa, FL 33702
813-223-7474

represented by **Rhys P Leonard**
Trenam Kemker
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602-5150
(813) 227-7418
Fax : (813) 229-6553
Email: rleonard@trenam.com

**Anthony P. Marzocca**
Trenam Law
101 E Kennedy Blvd
Suite 2700
Tampa, FL 33602
813-202-7822
*TERMINATED: 08/17/2026*

**Lara Roeske Fernandez**
101 E. Kennedy Boulevard
Bank of America Plaza
Ste 2700
Tampa, FL 33702
813-223-7474

Fax : 813-229-6553
Email: lrfernandez@trenam.com

| | | |
|---|---|---|
| ***U.S. Trustee***<br>**United States Trustee - ORL**<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801<br>407-648-6301 | represented by | **Audrey M Aleskovsky**<br>DOJ-Ust<br>Office of the United States Trustee<br>George C. Young Federal Building and Courthouse<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801<br>407-648-6068<br>Email: Audrey.M.Aleskovsky@usdoj.gov |

One Click Hearings
No Sua Sponte eOrders found for this case
Display eOrder History for this case

| Filing Date | # | Check Chap Status | DQA Review | Docket Text |
|---|---|---|---|---|
| 09/16/2026 | 389 | Check Status | | Certificate of Service Re: Order (1) Granting Ore Tenus Motion for Order Directing Parties to Judicial Mediation, (2) Directing a Judicial Settlement Conference, and (3) Appointing the Hon. Jason A. Burgess as Settlement Judge. Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (related document(s)386). (Leonard, Rhys) (Entered: 09/16/2026 09:43:05 AM)<br>Aty Address Issues · Show Corrective Entry Buttons · Email Only · Stop ADI |
| 09/16/2026 | | Check Status | | (private) Deadlines terminated. (related document(s)362). (Calderon, Vivianne) (Entered: 09/16/2026 00:16:26 AM) |
| 09/16/2026 | | Check Status | Needs Work | Removal of Viewing Restrictions on Transcript Due to No Request for Redaction from Hearing Participants (related document(s)256). (Calderon, Vivianne) (Entered: 09/16/2026 00:07:39 AM)<br>QC by admin on 09/16/2026 00:18:33 AM |
| 09/15/2026 | 388 | Check Status | Needs Work | Objection to Request for Payment of Administrative Expense of Brennan Manna Diamond, P.L.. Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (related document(s)340). (Leonard, Rhys) (Entered: 09/15/2026 4:51:49 PM)<br>QC by Dana Barnes on 09/16/2026 3:26:52 PM<br>(Entered on 09/16/2026 3:26:15 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +10/14/2026 01:30 PM.<br>Aty Address Issues · Show Corrective Entry Buttons · Email Only · Stop ADI |
| 09/11/2026 | 387 | Check Status | Needs Work | Notice *of Criminal Restitution Lien on all Assets of Frank L. Amodeo* Filed by Christopher J Emden on behalf of Interested Party United States Of America. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Emden, Christopher) (Entered: 09/11/2026 6:02:36 PM)<br>QC by Ro'Shaila Williams on 09/14/2026 09:31:47 AM<br>(Entered on 09/15/2026 08:00:25 AM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +10/14/2026 01:30 PM.<br>Aty Address Issues · Show Corrective Entry Buttons · Email Only · Stop ADI |
| 09/11/2026 | 386 | Check Status | Needs Work | Order *(1) Granting Ore Tenus Motion for Order Directing Parties to Judicial Mediation, (2) Directing a Judicial Settlement Conference, and (3) Appointing the Hon. Jason A. Burgess as Settlement Judge* (related document(s) 380 , 381). Service Instructions: Rhys Leonard is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Moore, Chelsea) (Entered: 09/11/2026 11:06:22 AM)<br>QC by Ro'Shaila Williams on 09/14/2026 09:31:47 AM<br>Show Corrective Entry Buttons · Stop ADI |
| 09/10/2026 | | Check Status | Needs Work | *Request for Audio Recording of Proceeding. Proceeding held: 9/2/2026. (Battaglia, Sandra) Modified on 9/14/2026 (WGM). (Entered: 09/10/2026 11:51:34 AM)<br>QC by admin on 09/10/2026 12:51:11 PM |
| 09/10/2026 | | Check Status | | (private) Remarks: *Received e-mail from Sandra Battaglia of Real Time requesting audio for 09/02/2026. E-mail states she is locked out of her filing account. Audio provided as a one-time courtesy*. (Mason, Sara) (Entered: 09/10/2026 11:34:14 AM) |

| | | | | |
|---|---|---|---|---|
| 09/10/2026 | 385 | Check Status | Needs Work | Notice of Filing *Documents From Case No. 6:25-BK-02685-GER* Filed by Creditor Frank Amodeo. (Calderon, Vivianne) (Entered: 09/10/2026 10:36:38 AM)<br>QC by Magaly Justiniano on 09/11/2026 2:19:54 PM<br>Show Corrective Entry Buttons Stop ADI |
| 09/10/2026 | 384 | Check Status | Needs Work | Amended Appellant Designation of Contents for Inclusion in Record on Appeal Filed by Creditor Frank Amodeo (related document(s)352, 364). Appellee designation due by 9/24/2026. (Calderon, Vivianne) Additional attachment(s) added on 9/10/2026 (Calderon, Vivianne). Additional attachment(s) added on 9/10/2026 (Calderon, Vivianne). (Entered: 09/10/2026 10:06:28 AM)<br>QC by Ro'Shaila Williams on 09/11/2026 2:52:26 PM<br>Show Corrective Entry Buttons Stop ADI |
| 09/03/2026 | 383 | Check Status | Needs Work | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 376)). Notice Date 09/03/2026. (Admin.) (Entered: 09/04/2026 00:34:26 AM)<br>QC by admin on 09/04/2026 08:51:24 AM<br>Show Corrective Entry Buttons Stop ADI |
| 09/03/2026 | 382 | Check Status | | Proof of Service Re: Order Granting Chapter 11 Trustee's Emergency Motion to Approve Compromise of Controversy Resolving (I) Unauthorized Postpetition Transfer Claim Against Pedixon LLC and ZPD LLC, (II) Special Assessment Demand by Cape Crossing Condominium Association, Inc. and (III) Proof of Claim 7-1 Filed by Cape Crossing Condominium Association, Inc.. Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (related document(s)379). (Leonard, Rhys) (Entered: 09/03/2026 4:34:15 PM)<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 09/02/2026 | 381 | Check Status | Needs Work | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Scott Rost (Former Counsel for Debtor); Lara Roeske Fernandez (Trustee); Audrey Aleskovsky (US Trustee Atty); Jeffrey Ainsworth, Jennifer Morando (ZPD/Pedixon Atty); Matthew Liebert, Michael Paasch (H. Johnson Atty); William Porter (Mainstreet Atty); Christopher Crowder (Cape Crossing Atty); Frank Amodeo (Creditor); **RULING:** 1) Trustee's Emergency Motion to Approve Compromise of Controversy or Settlement Agreement **(Doc #372) - Granted:Order by FERNANDEZ;** 2) Trustee's Ore Tenus Motion for Order Directing Parties to a Judicial Mediation **(Doc #380) - Granted:Order by CHAMBERS; (gww). Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). This docket entry/document is not an official order of the Court . (Miguenes, Bill) (Entered: 09/03/2026 1:28:26 PM)**<br>**QC by Dana Barnes on 09/04/2026 10:22:37 AM**<br>Show Corrective Entry Buttons Stop ADI |
| 09/02/2026 | 380 | Check Status | Needs Work | Ore Tenus Motion for Order Directing Parties to a Judicial Mediation. Filed by Lara Roeske Fernandez on behalf of Trustee Lara Roeske Fernandez (Whitsett, Gena ) (Entered: 09/03/2026 11:41:51 AM) [Terminated on 09/11/2026]<br>QC by Dana Barnes on 09/04/2026 10:44:31 AM<br>Show Corrective Entry Buttons Stop ADI |
| 09/02/2026 | 379 | Check Status | Needs Work | Order *Granting Chapter 11 Trustee's Emergency Motion to Approve Compromise of Controversy Resolving (I) Unauthorized Postpetition Transfer Claim Against Pedixon LLC and ZPD LLC, (II) Special Assessment Demand by Cape Crossing Condominium Association, Inc. and (III) Proof of Claim 7-1 Filed by Cape Crossing Condominium Association, Inc.* (related document(s)377, 372). Service Instructions: Rhys Leonard is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Moore, Chelsea) (Entered: 09/02/2026 3:57:18 PM)<br>QC by Dana Barnes on 09/03/2026 1:04:21 PM<br>Show Corrective Entry Buttons Stop ADI |
| 09/02/2026 | 378 | Check Status | Needs Work | Motion *of Horton S. Johnson for the Appointment of an Examiner under 11 U.S.C. Section 1104(c)* Filed by Matthew Leibert on behalf of Interested Party Horton Johnson (Entered: 09/02/2026 2:19:13 PM)<br>QC by Dana Barnes on 09/03/2026 1:04:21 PM<br>(Entered on 09/03/2026 1:04:02 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +10/14/2026 01:30 PM.<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 09/01/2026 | 377 | Check Status | Needs | Objection to Emergency Motion to Approve Compromise of Controversy. Filed by Debtor Homemakers Real Estate, LLC. (Mcgee, Patrick). Related document(s) 372, 373. Modified on 9/2/2026 (VC). (Entered: 09/01/2026 |

| | | | | |
|---|---|---|---|---|
| | | | Work | 2:36:19 PM)<br>QC by Vivianne Calderon on 09/02/2026 1:02:19 PM<br>(Entered on 09/01/2026 2:38:49 PM) Item sent from QC editor to Chap workflow by Patrick Mcgee with text: Set for Hearing.<br>Show Corrective Entry Buttons Stop ADI |
| 09/01/2026 | 376 | Check Status | Needs Work | Order *(1) Granting in Part Motion to Supplement the Record on Appeal and (2) Setting Deadline* (related document(s)375, 352, 364, 363). Service Instructions: Clerks Office to serve. (Moore, Chelsea) (Entered: 09/01/2026 10:11:41 AM)<br>QC by Vivianne Calderon on 09/02/2026 1:02:19 PM<br>Show Corrective Entry Buttons Stop ADI |
| 08/31/2026 | 375 | Check Status | Needs Work | Amended Motion for Leave to Appeal Filed by Creditor Frank Amodeo (Mcgee, Patrick ). Related document(s) 344, 352, 362. Modified on 9/1/2026 (VC). (Entered: 08/31/2026 3:46:11 PM) [BKAPPEAL02]<br>QC by Vivianne Calderon on 09/02/2026 1:02:19 PM<br>(Entered on 09/01/2026 1:45:41 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +10/14/2026 01:30 PM 09/02/2026 02:30 PM.<br>Show Corrective Entry Buttons Stop ADI |
| 08/31/2026 | 374 | Check Status | Needs Work | Notice of *ZOOM* Hearing on Emergency Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Pedixon LLC, ZPD, LLC and Cape Crossing Condominium Association, Inc.. Resolving (I) Unauthorized Postpetition Transfer Claim Against Pedixon LLC and ZPD LLC, (II) Special Assessment Demand by Cape Crossing Condominium Association, Inc. and (III) Proof of Claim 7-1 Filed by Cape Crossing Condominium Association, Inc. Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (related document(s)372). Hearing scheduled for 9/2/2026 at 02:30 PM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Leonard, Rhys) (Entered: 08/31/2026 3:29:29 PM)<br>QC by Dana Barnes on 09/01/2026 1:45:48 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/31/2026 | | Check Status | Needs Work | Emergency Preliminary Hearing Scheduled *(Re: Motion to Approve Compromise of Controversy or Settlement Agreement)* **This entry is not an official notice of hearing from the court.**<br><br>**Noticing Instructions:** The Court directs Lara Fernandez to prepare, file and serve a notice of hearing that includes the information on the Notice of Hearing Sample Form available at http://www.flmb.uscourts.gov/proguide/documents/Samples/Notice_of_Hearing_Bankruptcy_Sample_Form.pdf?id=1 on interested parties within 3 days. If the hearing is on an Emergency/Expedited matter, the notice must be done immediately. Failure to comply with this instruction will result in cancellation of the hearing on this specific matter. *ALL PARTIES TO APPEAR VIA ZOOM* (related document(s)372). Hearing scheduled for 9/2/2026 at 02:30 PM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Whitsett, Gena) (Entered: 08/31/2026 3:05:58 PM)<br>QC by admin on 08/31/2026 3:52:21 PM |
| 08/31/2026 | 373 | Check Status | Needs Work | Certificate of Necessity *of Request for Emergency Hearing* Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (related document(s)372). (Leonard, Rhys) (Entered: 08/31/2026 2:55:20 PM)<br>QC by Dana Barnes on 09/01/2026 1:45:48 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/31/2026 | 372 | Check Status | Needs Work | Emergency Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Pedixon LLC, ZPD, LLC and Cape Crossing Condominium Association, Inc.. *Resolving (I) Unauthorized Postpetition Transfer Claim Against Pedixon LLC and ZPD LLC, (II) Special Assessment Demand by Cape Crossing Condominium Association, Inc. and (III) Proof of Claim 7-1 Filed by Cape Crossing Condominium Association, Inc.*. Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (Entered: 08/31/2026 2:50:28 PM) [Terminated on 09/02/2026] [CM36]<br>QC by Dana Barnes on 09/01/2026 1:45:48 PM<br>(Entered on 09/01/2026 1:44:49 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +10/14/2026 01:30 PM 09/02/2026 02:30 PM.<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/30/2026 | 371 | Check Status | Needs Work | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 361)). Notice Date 08/30/2026. (Admin.) (Entered: 08/31/2026 00:25:16 AM)<br>QC by admin on 08/31/2026 08:51:16 AM |

| | | | | |
|---|---|---|---|---|
| | | | | Show Corrective Entry Buttons Stop ADI |
| 08/30/2026 | 370 | Check Status | Needs Work | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 360)). Notice Date 08/30/2026. (Admin.) (Entered: 08/31/2026 00:25:16 AM)<br>QC by admin on 08/31/2026 08:51:16 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/30/2026 | 369 | Check Status | Needs Work | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 359)). Notice Date 08/30/2026. (Admin.) (Entered: 08/31/2026 00:25:16 AM)<br>QC by admin on 08/31/2026 08:51:16 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/29/2026 | 368 | Check Status | Needs Work | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 354)). Notice Date 08/29/2026. (Admin.) (Entered: 08/30/2026 00:19:40 AM)<br>QC by admin on 08/31/2026 00:18:40 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/29/2026 | 367 | Check Status | Needs Work | BNC Certificate of Mailing. (related document(s) (Related Doc # 358)). Notice Date 08/29/2026. (Admin.) (Entered: 08/30/2026 00:19:40 AM)<br>QC by admin on 08/31/2026 00:18:40 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/29/2026 | 366 | Check Status | Needs Work | BNC Certificate of Mailing - Notice to Creditors and Parties in Interest (related document(s) (Related Doc # 355)). Notice Date 08/29/2026. (Admin.) (Entered: 08/30/2026 00:19:40 AM)<br>QC by admin on 08/31/2026 00:18:40 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/28/2026 | 365 | Check Status | Needs Work | Statement of Issues on Appeal, Filed by Creditor Frank Amodeo (related document(s)352). (Barnes, Dana) (Entered: 08/28/2026 12:10:10 PM)<br>QC by Ro'Shaila Williams on 08/28/2026 3:29:26 PM<br>Show Corrective Entry Buttons Stop ADI |
| 08/28/2026 | 364 | Check Status | Needs Work | Appellant Designation of Contents for Inclusion in Record on Appeal Filed by Creditor Frank Amodeo (related document(s)352). Appellee designation due by 9/11/2026. (Barnes, Dana) (Entered: 08/28/2026 12:08:46 PM)<br>QC by Ro'Shaila Williams on 08/28/2026 3:29:26 PM<br>Show Corrective Entry Buttons Stop ADI |
| 08/28/2026 | 363 | Check Status | Needs Work | Motion *to Supplement the Record on Appeal* Filed by Creditor Frank Amodeo (related document(s)352). (Barnes, Dana ) (Entered: 08/28/2026 12:05:06 PM) [Terminated on 09/01/2026]<br>QC by Ro'Shaila Williams on 08/31/2026 12:41:24 PM<br>(Entered on 08/28/2026 12:07:26 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +10/14/2026 01:30 PM. Creditor is requesting documents from the 25-2685 case to supplement appeal..<br>Show Corrective Entry Buttons Stop ADI |
| 08/28/2026 | 362 | Check Status | Needs Work | Motion for Leave to Appeal Filed by Creditor Frank Amodeo (related document(s)352). (Barnes, Dana ) (Entered: 08/28/2026 11:59:09 AM) [BKAPPEAL02]<br>QC by Ro'Shaila Williams on 08/28/2026 3:29:25 PM<br>(Entered on 08/28/2026 12:02:20 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +10/14/2026 01:30 PM.<br>Show Corrective Entry Buttons Stop ADI |
| 08/28/2026 | 361 | Check Status | Needs Work | Order Abating Motion For Relief From Stay (Related Doc # 81) , Order Abating Motion For Relief From Stay (Related Doc # 82) Service Instructions: Clerks Office to serve. (Barnes, Dana) (Entered: 08/28/2026 09:34:43 AM) |

| | | | | |
|---|---|---|---|---|
| | | | | QC by Ro'Shaila Williams on 08/31/2026 12:41:24 PM<br>Show Corrective Entry Buttons Stop ADI |
| 08/28/2026 | 360 | Check Status | Needs Work | Order *Setting Deadline for Chapter 11 Trustee to File Plan and Disclosure Statement* (related document(s)302). Service Instructions: Clerks Office to serve. (Barnes, Dana) (Entered: 08/28/2026 09:32:47 AM)<br>QC by Ro'Shaila Williams on 08/31/2026 12:41:24 PM<br>Show Corrective Entry Buttons Stop ADI |
| 08/28/2026 | 359 | Check Status | Needs Work | Case Management Order (related document(s)342). Service Instructions: Clerks Office to serve. (Howie, Danielle) (Entered: 08/28/2026 09:02:26 AM)<br>QC by Ro'Shaila Williams on 08/31/2026 12:41:24 PM<br>Show Corrective Entry Buttons Stop ADI |
| 08/27/2026 | 358 | Check Status | Needs Work | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent to Request Redaction of Transcript. Notice of Intent to Request Redaction of Transcript to be filed within 7 calendar days of the date of service of this notice, but an additional three days may be added if the notice is served by U.S. Mail (related document(s)351). (Justiniano, Magaly) (Entered: 08/27/2026 1:48:45 PM)<br>QC by admin on 08/27/2026 1:50:52 PM<br>Show Corrective Entry Buttons Stop ADI |
| 08/27/2026 | 357 | Check Status | | Certificate of Service Re: Notice of Hearing. *on Request for Administrative Expenses* Filed by Scott R Rost on behalf of Attorney Brennan, Manna & Diamond, P.L. (related document(s)356). (Rost, Scott) (Entered: 08/27/2026 09:13:05 AM)<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/27/2026 | 356 | Check Status | Needs Work | Notice of Hearing on Request for Payment of Administrative Expenses Amount Requested: $78,927.50 Filed by Scott R Rost on behalf of Attorney Brennan, Manna & Diamond, P.L. (related document(s)340). Hearing scheduled for 10/14/2026 at 01:30 PM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Rost, Scott) (Entered: 08/27/2026 09:07:27 AM)<br>QC by Magaly Justiniano on 08/31/2026 09:43:39 AM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/27/2026 | 355 | Check Status | Needs Work | Notice to Appellant of Responsibilities (related document(s)352). (Barnes, Dana) (Entered: 08/27/2026 08:56:25 AM)<br>QC by admin on 08/27/2026 09:50:49 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/27/2026 | | Check Status | | (private) Form Request: Appeal and/or Transmittal Forms . (Barnes, Dana) (Entered: 08/27/2026 08:52:59 AM) |
| 08/27/2026 | | Check Status | Needs Work | **The Court reminds Scott R Rost to prepare, file and serve the notice of hearing on interested parties.** Re: Preliminary Hearing Scheduled for 10/14/2026 01:30 PM Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Request for Payment of Administrative Expenses Amount Requested: $78,927.50 Doc 340. **If notice of the hearing is not filed and served within 48 hours of this reminder, then the Court will remove it from the hearing calendar and, in its discretion, may deny the relief requested.** (ADIclerk) (Entered: 08/27/2026 08:20:02 AM)<br>QC by Magaly Justiniano on 08/31/2026 09:43:39 AM |
| 08/26/2026 | 354 | Check Status | Needs Work | Certificate of Mailing via Bankruptcy Noticing Center (related document(s)352). (Barnes, Dana) (Entered: 08/27/2026 08:52:17 AM)<br>QC by Magaly Justiniano on 08/31/2026 09:43:39 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/26/2026 | 353 | Check Status | Needs Work | Notice of Appearance and Request for Notice Filed by Jeffrey Ainsworth on behalf of Pedixon LLC, ZPD LLC. (Ainsworth, Jeffrey) (Entered: 08/26/2026 5:25:28 PM)<br>QC by Magaly Justiniano on 08/27/2026 1:52:30 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |

| | | | | |
|---|---|---|---|---|
| 08/26/2026 | 352 | Check Status | Needs Work | Notice of Appeal. Filing Fee Paid. Filed by Creditor Frank Amodeo (related document(s)344). Appellant Designation due by 9/9/2026. (Williams, Ro'Shaila) (Entered: 08/26/2026 2:29:52 PM) [BKAPPEAL01]<br>QC by Dana Barnes on 08/28/2026 09:21:15 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/25/2026 | 351 | Check Status | Needs Work | Transcript Regarding Hearing Held August 19, 2026, on Re: Homemakers Real Estate, LLC. To purchase a copy of this transcript, please contact Realtime Reporters.*407-884-4662* Contact information is available on the Court's website through the following link: https://www.flmb.uscourts.gov/court_reporters. Transcript access will be restricted through 11/23/2026. (Battaglia, Sandra) (Entered: 08/25/2026 11:24:55 AM)<br>QC by Magaly Justiniano on 08/27/2026 1:52:30 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/24/2026 | | Check Status | Needs Work | Preliminary Hearing Scheduled for 10/14/2026 01:30 PM Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Request for Payment of Administrative Expenses Amount Requested: $78,927.50 Doc 340. **This entry is not an official notice of hearing from the court.**<br><br>**Noticing Instructions**: The Court directs Scott R Rost to prepare, file, and serve a notice of hearing that includes the information on the Notice of Hearing Sample Form available at https://www.flmb.uscourts.gov/proguide/documents/Samples/Notice_of_Hearing_Bankruptcy_Sample_Form.pdf?id=1 Counsel must file and serve the notice of hearing on interested parties within 3 days. If the hearing is on an Emergency/Expedited matter, then counsel must file and serve the notice of hearing immediately upon receipt of this directive. If the notice of hearing is not timely served and filed, then the Court will remove it from the hearing calendar and, in its discretion, may deny the relief requested.<br><br>(related document(s)340). (Miguenes, Bill) (Entered: 08/24/2026 2:11:24 PM)<br>QC by admin on 08/24/2026 2:51:01 PM |
| 08/23/2026 | 350 | Check Status | Needs Work | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 345)). Notice Date 08/23/2026. (Admin.) (Entered: 08/24/2026 00:22:40 AM)<br>QC by admin on 08/24/2026 08:50:54 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/23/2026 | 349 | Check Status | Needs Work | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 344)). Notice Date 08/23/2026. (Admin.) (Entered: 08/24/2026 00:22:40 AM)<br>QC by admin on 08/24/2026 08:50:54 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/22/2026 | 348 | Check Status | Needs Work | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 343)). Notice Date 08/22/2026. (Admin.) (Entered: 08/23/2026 00:20:54 AM)<br>QC by admin on 08/24/2026 00:18:05 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/21/2026 | 347 | Check Status | Needs Work | Chapter 11 Monthly Operating Report for the Month Ending: 07/31/2026 Filed by Lara Roeske Fernandez on behalf of Trustee Lara Roeske Fernandez. (Fernandez, Lara) (Entered: 08/21/2026 2:45:03 PM)<br>QC by Vivianne Calderon on 08/24/2026 3:20:59 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/21/2026 | 346 | Check Status | | Proof of Service Re: Order Approving Application to Employ/Retain Larry S. Hyman C.P.A., as Accountant to the Chapter 11 Trustee. Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (related document(s)343). (Leonard, Rhys) (Entered: 08/21/2026 08:53:43 AM)<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/21/2026 | 345 | Check Status | Needs Work | Order Denying Motion To Consolidate Cases (Related Doc 241) Service Instructions: Clerks Office to serve. (Barnes, Dana). Related document(s) 247. (Entered: 08/21/2026 08:16:31 AM)<br>QC by Vivianne Calderon on 08/24/2026 3:20:59 PM<br>Show Corrective Entry Buttons Stop ADI |

| | | | | |
|---|---|---|---|---|
| 08/21/2026 | 344 | Check Status | Needs Work | Order Denying Motion for Disqualification *Pedixon LLC and ZPD LLC from Participation*, (Related Doc # 330)., Order Denying Motion for Disqualification *Pedixon LLC and ZPD LLC from Participation*, (Related Doc # 242)., Order Denying Motion *Pedixon LLC and ZPD LLC from Participation* (Related Doc # 306). Service Instructions: Clerks Office to serve. (Barnes, Dana) (Entered: 08/21/2026 08:06:30 AM)<br>QC by Vivianne Calderon on 08/24/2026 3:20:59 PM<br>Show Corrective Entry Buttons Stop ADI |
| 08/20/2026 | 343 | Check Status | Needs Work | Order Approving Application to Employ/Retain Larry S. Hyman *C.P.A., as Accountant to the Chapter 11 Trustee* (Related Doc # 325). Service Instructions: Rhys Leonard is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Barnes, Dana) (Entered: 08/20/2026 08:40:28 AM)<br>QC by Ro'Shaila Williams on 08/21/2026 09:21:28 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/19/2026 | | Check Status | Needs Work | *-Request for Audio Recording of Proceeding. Proceeding held: 8/19/2026. (Battaglia, Sandra) (Entered: 08/19/2026 4:32:23 PM)<br>QC by admin on 08/19/2026 4:50:56 PM |
| 08/19/2026 | 342 | Check Status | Needs Work | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Audrey Aleskovsy (US Trustee Atty); Lara Fernandez (Trustee); Matthew Liebert, Michael Paasch (H. Johnson Atty); Frank Amodeo (Creditor); Jeffrey Ainsworth, Jennifer Morando (Pedixon Atty); Justin Luna, Keith Brown (Mainstreet Atty); Larry Kosto (CTO/IMQA Atty); James Timko (Dean Mead Atty); Anthony Marzocca (Trustee Atty); Christopher Crowder (Cape Atty); **RULING:** cont. Status Conference 1) Cr. The Carton Family Trust's Motion for Relief from Stay Re: 2709 Cutlass Point Lane, Bldg 8, Unit 104, Merritt Island, FL 32953 **(Doc #81) - cont. to October 14, 2026 at 1:30 pm (AOCNFNG);** 2) Cr. Tamamoi's Motion for Relief from Stay Re: 202 Ivory Coral Lane, Units 206, 303, 305, 402, 404, 503, 504, 505, Merritt Island, FL 32953 **(Doc #82) - cont. to October 14, 2026 at 1:30 pm (AOCNFNG);** 3) Amodeo's Motion For Sanctions Under Federal Rule of Bankruptcy Procedure 9011 **(Doc #290) - Under Advisement;** 4) Amodeo's Motion to Approve the Disclosure Statement and to Establish Solicitation, Voting and Confirmation Hearing Procedures **(Doc #302) - Trustee may have until 9/20/26 to file a plan:Order by CHAMBERS;** 5) Amodeo's Motion For an Evidentiary Hearing on This Court's Subject-Matter Jurisdiction Over the Pedixon and ZPD Claims ( **Doc #306) - Under Advisement;** 6) Amodeo's Motion for Disqualification of Pedixon and ZPD from Further Participation in these Bankruptcies for Want of Subject-Matter Jurisdiction over the Claims **(Doc #242) - Denied:Order by CHAMBERS;** 7) H. Johnson's Motion for Disqualification [Pedixon] **(Doc #330) - Denied:Order by CHAMBERS;** (gww). Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court** . (Miguenes, Bill) (Entered: 08/19/2026 1:34:45 PM)<br>QC by Dana Barnes on 08/20/2026 08:42:43 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/19/2026 | 341 | Check Status | Needs Work | Notice of Filing *Supplemental Exhibit in Support of The Motion for an Evidentiary Hearing on Subject-Matter Jurisdiction* Filed by Creditor Frank Amodeo. (Calderon, Vivianne) (Entered: 08/19/2026 09:31:32 AM)<br>QC by Dana Barnes on 08/20/2026 08:42:43 AM<br>(Entered on 08/19/2026 09:35:09 AM) Item sent from QC editor to Chap workflow by Vivianne Calderon with text: Set for Hearing +08/19/2026 09:30 AM.<br>Show Corrective Entry Buttons Stop ADI |
| 08/18/2026 | 340 | Check Status | Needs Work | Request for Payment of Administrative Expenses Amount Requested: $78,927.50 Filed by Scott R Rost on behalf of Attorney Brennan, Manna & Diamond, P.L. (Entered: 08/18/2026 4:29:38 PM)<br>QC by Dana Barnes on 08/19/2026 1:52:42 PM<br>(Entered on 08/19/2026 1:52:37 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +10/14/2026 01:30 PM.<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/18/2026 | 339 | Check Status | Needs Work | Notice of Filing *Expert Report of Gary A. Moll, MBA, CPA, ASA* Filed by Matthew Leibert on behalf of Interested Party Horton Johnson. (Leibert, Matthew) (Entered: 08/18/2026 4:01:41 PM)<br>QC by Dana Barnes on 08/19/2026 1:52:42 PM<br>(Entered on 08/19/2026 1:52:23 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +10/14/2026 01:30 PM.<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/17/2026 | 338 | Check Status | Needs Work | Supplement to *The Motion To Disqualify Pedixon And ZPD For Want Of Subject-Matter Jurisdiction, Addressing The Holly Bluff Closing* Filed by Creditor Frank Amodeo (related document(s)330). (Mcgee, Patrick) (Entered: 08/17/2026 2:56:35 PM) |

| | | | | |
|---|---|---|---|---|
| | | | | QC by Dana Barnes on 08/18/2026 11:03:29 AM<br>(Entered on 08/18/2026 11:03:21 AM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +08/19/2026 09:30 AM.<br>Show Corrective Entry Buttons Stop ADI |
| 08/17/2026 | | Check Status | Needs Work | *-Request for Audio Recording of Proceeding. Proceeding held: 3/27/2026. (Battaglia, Sandra) (Entered: 08/17/2026 2:34:17 PM)<br>QC by admin on 08/17/2026 2:50:59 PM |
| 08/17/2026 | 337 | Check Status | Needs Work | Reply *To The Response of James A. Timko And Dean Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., To The Motion For Sanctions Under Federal Rule of Bankruptcy Procedure 9011* Filed by Creditor Frank Amodeo (related document(s)290). (Mcgee, Patrick) (Entered: 08/17/2026 11:37:51 AM)<br>QC by Dana Barnes on 08/18/2026 11:03:29 AM<br>(Entered on 08/18/2026 11:03:16 AM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +08/19/2026 09:30 AM.<br>Show Corrective Entry Buttons Stop ADI |
| 08/17/2026 | 336 | Check Status | | Proof of Service Re: Order Granting Agreed Motion to Withdraw as Counsel. Filed by James Timko on behalf of Pedixon LLC, ZPD LLC (related document(s)335). (Timko, James) (Entered: 08/17/2026 10:22:26 AM)<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/17/2026 | 335 | Check Status | Needs Work | Order Granting Agreed Motion for Leave To Withdraw as Counsel (Related Doc 308). Service Instructions: James Timko is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Williams, Ro'Shaila) (Entered: 08/17/2026 09:14:40 AM)<br>QC by Dana Barnes on 08/18/2026 11:03:29 AM<br>Show Corrective Entry Buttons Stop ADI |
| 08/14/2026 | 334 | Check Status | Needs Work | Notice of Hearing on Creditor Horton S. Johnsons Motion to Disqualify PEDixon, LLC and ZPD, LLC from Participation for Want of Subject Matter Jurisdiction Due to Usury Filed by Matthew Leibert on behalf of Interested Party Horton Johnson (related document(s)330). Hearing scheduled for 8/19/2026 at 09:30 AM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Leibert, Matthew) (Entered: 08/14/2026 6:35:43 PM)<br>QC by Ro'Shaila Williams on 08/17/2026 09:44:41 AM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/14/2026 | | Check Status | Needs Work | Preliminary Hearing Scheduled for 08/19/2026 09:30 AM Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Motion for Disqualification Doc 330. **This entry is not an official notice of hearing from the court.**<br><br>**Noticing Instructions**: The Court directs Matthew Leibert to prepare, file, and serve a notice of hearing that includes the information on the Notice of Hearing Sample Form available at https://www.flmb.uscourts.gov/proguide/documents/Samples/Notice_of_Hearing_Bankruptcy_Sample_Form.pdf?id=1 Counsel must file and serve the notice of hearing on interested parties within 3 days. If the hearing is on an Emergency/Expedited matter, then counsel must file and serve the notice of hearing immediately upon receipt of this directive. If the notice of hearing is not timely served and filed, then the Court will remove it from the hearing calendar and, in its discretion, may deny the relief requested.<br><br>(related document(s)330). (Miguenes, Bill) (Entered: 08/14/2026 10:28:07 AM)<br>QC by admin on 08/14/2026 10:55:55 AM |
| 08/12/2026 | 333 | Check Status | Needs Work | Notice *of Supplemental Authority: Bay United Holdings, LLC v. INXS 7, LLC (11th Cir. July 24, 2026)* Filed by Creditor Frank Amodeo. (Lee Hue, Karla) (Entered: 08/12/2026 6:09:06 PM)<br>QC by Dana Barnes on 08/13/2026 4:01:06 PM<br>(Entered on 08/13/2026 4:01:02 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +08/19/2026 09:30 AM.<br>Show Corrective Entry Buttons Stop ADI |
| 08/12/2026 | 332 | Check Status | | Request for Judicial Notice *of the Recorded Quit Claim Deed from Holly Bluff Marina, to Pedxixon* Filed by Creditor Frank Amodeo. (Lee Hue, Karla) (Entered: 08/12/2026 6:01:26 PM) |

| | | | | |
|---|---|---|---|---|
| | | | | Show Corrective Entry Buttons Stop ADI |
| 08/12/2026 | 331 | Check Status | Needs Work | Response to *Frank L. Amodeo's Motion for Sanctions Under Federal Rule of Bankruptcy procedure 9011* Filed by James Timko on behalf of Pedixon LLC, ZPD LLC (related document(s)290). (Timko, James) (Entered: 08/12/2026 2:01:45 PM)<br>QC by Dana Barnes on 08/13/2026 4:01:06 PM<br>(Entered on 08/13/2026 4:00:08 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +08/19/2026 09:30 AM.<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/12/2026 | 330 | Check Status | Needs Work | Motion for Disqualification Filed by Matthew Leibert on behalf of Interested Party Horton Johnson (Attachments: # 1 Exhibit A - Loan Agreement # 2 Exhibit B - Loans and Payments) (Entered: 08/12/2026 1:57:42 PM)<br>[Denying by #344]<br>QC by Dana Barnes on 08/13/2026 4:01:06 PM<br>(Entered on 08/13/2026 4:00:04 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +08/19/2026 09:30 AM.<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/11/2026 | 329 | Check Status | Needs Work | Response to *Motion to Approve Disclosure Statement and to Establish Solicitation, Voting, and Confirmation Hearing Procedures* Filed by Anthony P. Marzocca on behalf of Trustee Lara Roeske Fernandez (related document(s)302). (Marzocca, Anthony) (Entered: 08/11/2026 3:37:46 PM)<br>QC by Ro'Shaila Williams on 08/12/2026 10:27:28 AM<br>(Entered on 08/12/2026 10:30:35 AM) Item sent from QC editor to Chap workflow by Ro'Shaila Williams with text: Set for Hearing +08/19/2026 09:30 AM.<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 08/06/2026 | 328 | Check Status | Needs Work | Limited Objection to *Chapter 11 Plan of Reorganization* Filed by J Christopher Crowder on behalf of Interested Party Michael McPhillips (related document(s)303). (Attachments: # 1 Mailing Matrix) (Crowder, J) Modified on 8/7/2026 (VC). (Entered: 08/06/2026 08:17:12 AM)<br>QC by Vivianne Calderon on 08/07/2026 2:27:08 PM<br>(Entered on 08/07/2026 2:29:38 PM) Item sent from QC editor to Chap workflow by Vivianne Calderon with text: Set for Hearing +08/19/2026 09:30 AM.<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/30/2026 | 327 | Check Status | Needs Work | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 322)). Notice Date 07/30/2026. (Admin.) (Entered: 07/31/2026 00:34:57 AM)<br>QC by admin on 07/31/2026 08:56:17 AM<br>Show Corrective Entry Buttons Stop ADI |
| 07/30/2026 | 326 | Check Status | Needs Work | Notice of Appearance and Request for Notice Filed by Michael A Paasch on behalf of Interested Party Horton Johnson. (Paasch, Michael) (Entered: 07/30/2026 4:04:43 PM)<br>QC by Ro'Shaila Williams on 07/31/2026 2:18:43 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/30/2026 | 325 | Check Status | Needs Work | Amended Application to Employ Larry S. Hyman, C.P.A., P.A. as Accountant to the Chapter 11 Trustee Contains negative notice. Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (Entered: 07/30/2026 12:39:45 PM) [Approving by #343] [CM41]<br>QC by Ro'Shaila Williams on 07/31/2026 2:18:43 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/29/2026 | 324 | Check Status | Needs Work | Application to Employ Larry S. Hyman, C.P.A., P.A. as Accountant to the Chapter 11 Trustee Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (Entered: 07/29/2026 4:34:13 PM) [CM41]<br>QC by Melissa Haniff on 07/30/2026 2:50:41 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/29/2026 | 323 | Check Status | Needs Work | Notice of 2004 Examination of Records Custodian of GellerRagans d/b/a GellerRagans Certified Public Accountants. Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez. (Leonard, Rhys) (Entered: 07/29/2026 4:24:20 PM) |

| | | | | |
|---|---|---|---|---|
| | | | | QC by Melissa Haniff on 07/30/2026 2:50:41 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/28/2026 | | Check Status | Needs Work | Removal of Viewing Restrictions on Transcript Due to No Request for Redaction from Hearing Participants (related document(s)226). (Calderon, Vivianne) (Entered: 07/28/2026 11:01:36 AM)<br>QC by admin on 07/28/2026 11:56:28 AM |
| 07/28/2026 | 322 | Check Status | Needs Work | Notice of Hearing on Motion for Disqualification of Pedixon and ZPD from Further Participation in these Bankruptcies for Want of Subject-Matter Jurisdiction over the Claims Filed by Creditor Frank Amodeo (related document(s)242). Hearing scheduled for 8/19/2026 at 09:30 AM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Calderon, Vivianne) (Entered: 07/28/2026 10:58:21 AM)<br>QC by Ro'Shaila Williams on 07/29/2026 4:01:10 PM<br>Show Corrective Entry Buttons Stop ADI |
| 07/27/2026 | | Check Status | Needs Work | (private) Preliminary Hearing Scheduled for 08/19/2026 09:30 AM Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: ~ Motion for Disqualification of Pedixon and ZPD from Further Participation in these Bankruptcies for Want of Subject-Matter Jurisdiction over the Claims Filed by Creditor Frank Amodeo Doc #242 **Noticing Instructions: Within 2 days, the Clerk's Office is directed to prepare and docket the appropriate notice of hearing or scheduling order, and serve or direct the correct person to serve according to internal procedures.** . (Miguenes, Bill) (Entered: 07/27/2026 2:29:56 PM)<br>AQUA inbox: This entry is currently assigned to Dana Barnes.<br>QC by Vivianne Calderon on 07/28/2026 11:02:17 AM |
| 07/22/2026 | 321 | Check Status | | Certificate of Service Re: Order Granting Chapter 11 Trustees Motion to (I) Require Certain Creditors with Scheduled Claims to File Proofs of Claim and (II) Extend Time for Certain Creditors to File Proofs of Claim. Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (related document(s)320). (Leonard, Rhys) (Entered: 07/22/2026 2:23:03 PM)<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/22/2026 | 320 | Check Status | Needs Work | Order Granting Motion *to (I) Require Certain Creditors with Scheduled Claims to File Proofs of Claim and (II) Extend Time for Certain Creditors to File Proofs of Claim* (Related Doc # 318). Service Instructions: Rhys Leonard is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Williams, Ro'Shaila) (Entered: 07/22/2026 11:19:06 AM)<br>QC by Ro'Shaila Williams on 07/28/2026 4:41:01 PM<br>Show Corrective Entry Buttons Stop ADI |
| 07/21/2026 | 319 | Check Status | Needs Work | Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2026 Filed by Lara Roeske Fernandez on behalf of Trustee Lara Roeske Fernandez. (Fernandez, Lara) (Entered: 07/21/2026 6:59:21 PM)<br>QC by Dana Barnes on 07/31/2026 3:12:50 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/20/2026 | 318 | Check Status | Needs Work | Motion *to (I) Require Certain Creditors with Scheduled Claims to File Proofs of Claim and (II) Extend Time for Certain Creditors to File Proofs of Claim* Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (Entered: 07/20/2026 4:03:14 PM) [Granting by #320]<br>QC by Dana Barnes on 07/21/2026 12:15:10 PM<br>(Entered on 07/21/2026 12:15:06 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +08/19/2026 09:30 AM.<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/18/2026 | 317 | Check Status | Needs Work | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 313)). Notice Date 07/18/2026. (Admin.) (Entered: 07/19/2026 00:22:30 AM)<br>QC by admin on 07/20/2026 00:18:26 AM<br>Show Corrective Entry Buttons Stop ADI |
| 07/18/2026 | 316 | Check Status | Needs Work | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 312)). Notice Date 07/18/2026. (Admin.) (Entered: 07/19/2026 00:22:30 AM)<br>QC by admin on 07/20/2026 00:18:26 AM<br>Show Corrective Entry Buttons Stop ADI |

| | | | | |
|---|---|---|---|---|
| 07/18/2026 | 315 | Check Status | Needs Work | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 311)). Notice Date 07/18/2026. (Admin.) (Entered: 07/19/2026 00:22:30 AM)<br>QC by admin on 07/20/2026 00:18:26 AM<br>Show Corrective Entry Buttons Stop ADI |
| 07/16/2026 | | Check Status | Needs Work | The United States Trustee states that the initial meeting of creditors was held and concluded on **07/16/2026**. Filed by U.S. Trustee United States Trustee - ORL. (Aleskovsky, Audrey) (Entered: 07/16/2026 1:12:35 PM)<br>QC by Dana Barnes on 07/21/2026 12:15:10 PM |
| 07/16/2026 | 314 | Check Status | Needs Work | Notice *of Cancellation of Trustee Election (Section 341 Meeting of Creditors to Take Place as Scheduled on July 16, 2026)* Filed by Audrey M Aleskovsky on behalf of U.S. Trustee United States Trustee - ORL (related document(s)266). (Aleskovsky, Audrey) (Entered: 07/16/2026 08:31:47 AM)<br>QC by Dana Barnes on 07/21/2026 12:15:10 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/16/2026 | 313 | Check Status | Needs Work | Notice of Hearing on Motion For an Evidentiary Hearing on This Court's Subject-Matter Jurisdiction Over the Pedixon and ZPD Claims Filed by Creditor Frank Amodeo (related document(s)306). Hearing scheduled for 8/19/2026 at 09:30 AM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Calderon, Vivianne) (Entered: 07/16/2026 07:51:58 AM)<br>QC by Dana Barnes on 07/21/2026 12:15:10 PM<br>Show Corrective Entry Buttons Stop ADI |
| 07/16/2026 | 312 | Check Status | Needs Work | Notice of Hearing on Motion to Approve the Disclosure Statement and to Establish Solicitation, Voting and Confirmation Hearing Procedures Filed by Creditor Frank Amodeo (related document(s)302). Hearing scheduled for 8/19/2026 at 09:30 AM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Calderon, Vivianne) (Entered: 07/16/2026 07:49:48 AM)<br>QC by Dana Barnes on 07/21/2026 12:15:10 PM<br>Show Corrective Entry Buttons Stop ADI |
| 07/16/2026 | 311 | Check Status | Needs Work | Notice of Hearing on Motion For Sanctions Under Federal Rule of Bankruptcy Procedure 9011 Filed by Creditor Frank Amodeo (related document(s)290). Hearing scheduled for 8/19/2026 at 09:30 AM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Calderon, Vivianne) (Entered: 07/16/2026 07:46:14 AM)<br>QC by Dana Barnes on 07/21/2026 12:15:10 PM<br>Show Corrective Entry Buttons Stop ADI |
| 07/15/2026 | 310 | Check Status | Needs Work | Notice of Withdrawal of *Requests for Election* Filed by Lawrence M Kosto on behalf of Creditor Lawrence IMQA INVESTMENTS INCORPORATED (related document(s)254). (Kosto, Lawrence) (Entered: 07/15/2026 4:22:33 PM)<br>QC by Vivianne Calderon on 07/16/2026 07:52:38 AM<br>(Entered on 07/16/2026 07:44:52 AM) Item sent from QC editor to Chap workflow by Vivianne Calderon with text: Set for Hearing +08/19/2026 09:30 AM.<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/15/2026 | 308 | Check Status | Needs Work | Agreed Motion for Leave to Withdraw as Counsel Contains negative notice. Filed by James Timko on behalf of ZPD LLC, Pedixon LLC (Entered: 07/15/2026 10:55:55 AM) [Granting by #335]<br>QC by Vivianne Calderon on 07/16/2026 07:52:38 AM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/15/2026 | | Check Status | Needs Work | (private) Preliminary Hearing Scheduled for 08/19/2026 09:30 AM Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: ~ Motion For an Evidentiary Hearing on This Court's Subject-Matter Jurisdiction Over the Pedixon and ZPD Claims Filed by Creditor Frank Amodeo Doc #306 **Noticing Instructions: Within 2 days, the Clerk's Office is directed to prepare and docket the appropriate notice of hearing or scheduling order, and serve or direct the correct person to serve according to internal procedures.** . (Miguenes, Bill) (Entered: 07/15/2026 09:40:36 AM)<br>AQUA inbox: This entry is currently assigned to Dana Barnes.<br>QC by Vivianne Calderon on 07/16/2026 07:52:38 AM |
| 07/15/2026 | | Check Status | Needs Work | (private) Preliminary Hearing Scheduled for 08/19/2026 09:30 AM Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: ~ Motion to Approve the Disclosure Statement and to Establish Solicitation, Voting and Confirmation Hearing Procedures Filed by Creditor Frank Amodeo Doc #302 |

| | | | | |
|---|---|---|---|---|
| | | | | **Noticing Instructions: Within 2 days, the Clerk's Office is directed to prepare and docket the appropriate notice of hearing or scheduling order, and serve or direct the correct person to serve according to internal procedures.** . (Miguenes, Bill) (Entered: 07/15/2026 09:40:02 AM)<br>AQUA inbox: This entry is currently assigned to Ryan Scanlon.<br>QC by Vivianne Calderon on 07/16/2026 07:52:38 AM |
| 07/15/2026 | | Check Status | Needs Work | (private) Preliminary Hearing Scheduled for 08/19/2026 09:30 AM Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: ~ Motion For Sanctions Under Federal Rule of Bankruptcy Procedure 9011 Filed by Creditor Frank Amodeo Doc #290 **Noticing Instructions: Within 2 days, the Clerk's Office is directed to prepare and docket the appropriate notice of hearing or scheduling order, and serve or direct the correct person to serve according to internal procedures.** . (Miguenes, Bill) (Entered: 07/15/2026 09:39:29 AM)<br>AQUA inbox: This entry is currently assigned to Ryan Scanlon.<br>QC by Vivianne Calderon on 07/16/2026 07:52:38 AM |
| 07/14/2026 | 309 | Check Status | Needs Work | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** James Timko (Homemakers/Pedixon Atty); Anthony Marzocca, Rhys Leonard (Chapter 11 Trustee Atty); Catherine Choe (Mainstreet Bank Atty); Matthew Leibert (Johnson Atty); Christopher Crowder (Cape Crossing Atty); Larry Kosto (IMQA/CTO Atty); Frank Amodeo (Creditor); Lindsey Savastano (Tamamoi/Carton Atty); Jeffrey Ainsworth (Pedixon Atty); **RULING:** INITIAL STATUS CONFERENCE cont. Status Conference - **cont. to August 19, 2026 at 9:30 am (AOCNFNG);** 1) Cr. The Carton Family Trust's Motion for Relief from Stay Re: 2709 Cutlass Point Lane, Bldg 8, Unit 104, Merritt Island, FL 32953 **(Doc #81) - cont. to August 19, 2026 at 9:30 am (AOCNFNG);** 2) Cr. Tamamoi's Motion for Relief from Stay Re: 202 Ivory Coral Lane, Units 206, 303, 305, 402, 404, 503, 504, 505, Merritt Island, FL 32953 **(Doc #82) - cont. to August 19, 2026 at 9:30 am (AOCNFNG);** (gww). Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court** . (Miguenes, Bill) (Entered: 07/15/2026 12:49:44 PM)<br>QC by Vivianne Calderon on 07/16/2026 07:52:38 AM<br>Show Corrective Entry Buttons Stop ADI |
| 07/14/2026 | 307 | Check Status | Needs Work | Bench Memorandum *on Deciding Subject-Matter Jurisdiction First and Disqualifying Pedixon, ZPD, and Crescent Sound From Participating* Filed by Creditor Frank Amodeo. (Williams, Ro'Shaila) (Entered: 07/14/2026 09:47:52 AM)<br>QC by Dana Barnes on 07/15/2026 1:57:26 PM<br>(Entered on 07/14/2026 4:35:00 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +07/14/2026 02:00 PM.<br>Show Corrective Entry Buttons Stop ADI |
| 07/13/2026 | 305 | Check Status | Needs Work | Initial Report Filed by Lara Roeske Fernandez on behalf of Trustee Lara Roeske Fernandez. (Fernandez, Lara) (Entered: 07/13/2026 4:34:53 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/13/2026 | 304 | Check Status | Needs Work | Disclosure Statement *In Support of the Plan of Reorganization* Filed by Creditor Frank Amodeo. (Williams, Ro'Shaila) (Entered: 07/13/2026 4:14:13 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>(Entered on 07/13/2026 4:16:59 PM) Item sent from QC editor to Chap workflow by Ro'Shaila Williams with text: Set for Hearing +07/14/2026 02:00 PM.<br>Show Corrective Entry Buttons Stop ADI |
| 07/13/2026 | 303 | Check Status | Needs Work | Chapter 11 Plan of Reorganization . Filed by Creditor Frank Amodeo. (Williams, Ro'Shaila) (Entered: 07/13/2026 4:12:01 PM) [BKPLAN02]<br>QC by Vivianne Calderon on 07/14/2026 10:07:26 AM<br>(Entered on 07/13/2026 4:16:56 PM) Item sent from QC editor to Chap workflow by Ro'Shaila Williams with text: Set for Hearing +07/14/2026 02:00 PM.<br>Show Corrective Entry Buttons Stop ADI |
| 07/13/2026 | 302 | Check Status | Needs Work | Motion *to Approve the Disclosure Statement and to Establish Solicitation, Voting and Confirmation Hearing Procedures* Filed by Creditor Frank Amodeo (Williams, Ro'Shaila ) (Entered: 07/13/2026 4:10:00 PM) [Terminated on 08/28/2026]<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>(Entered on 07/13/2026 4:16:53 PM) Item sent from QC editor to Chap workflow by Ro'Shaila Williams with text: Set for Hearing +07/14/2026 02:00 PM. |

| | | | | |
|---|---|---|---|---|
| | | | | Show Corrective Entry Buttons Stop ADI |
| 07/13/2026 | 301 | Check Status | Needs Work | Response to *Pedixon LLC And ZPD LLCs Motion To Strike Late-Filed Documents (Doc. 97 in Case No. 6:25-bk-02685-GER)* Filed by Matthew Leibert on behalf of Interested Party Horton Johnson. (Attachments: # 1 Exhibit A - Hearing Transcript) (Leibert, Matthew) (Entered: 07/13/2026 1:29:52 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>(Entered on 07/14/2026 4:32:43 PM) Item sent from QC editor to Chap workflow by Dana Barnes with text: Set for Hearing +07/14/2026 02:00 PM.<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/13/2026 | 300 | Check Status | Needs Work | Notice of Additional Creditors Re: Purchase of Tax Liens - Brevard County *2023 real estate tax, account# 3021478* Filed by Creditor Brevard County Tax Collector. (Brevard County Tax Collector (CS), Cristal) (Entered: 07/13/2026 12:46:22 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/13/2026 | 299 | Check Status | Needs Work | Notice of Additional Creditors Re: Purchase of Tax Liens - Brevard County *2022-2024 real estate tax, account# 3021477* Filed by Creditor Brevard County Tax Collector. (Brevard County Tax Collector (CS), Cristal) (Entered: 07/13/2026 12:43:51 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/13/2026 | 298 | Check Status | Needs Work | Notice of Additional Creditors Re: Purchase of Tax Liens - Brevard County *2023 real estate tax, account# 3021476* Filed by Creditor Brevard County Tax Collector. (Brevard County Tax Collector (CS), Cristal) (Entered: 07/13/2026 12:41:41 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/13/2026 | 297 | Check Status | Needs Work | Notice of Additional Creditors Re: Purchase of Tax Liens - Brevard County *2022-2024 real estate tax, account# 3021470* Filed by Creditor Brevard County Tax Collector. (Brevard County Tax Collector (CS), Cristal) (Entered: 07/13/2026 12:39:50 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/13/2026 | 296 | Check Status | Needs Work | Notice of Additional Creditors Re: Purchase of Tax Liens - Brevard County *2022-2024 real estate tax, account# 3021468* Filed by Creditor Brevard County Tax Collector. (Brevard County Tax Collector (CS), Cristal) (Entered: 07/13/2026 12:38:32 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/13/2026 | 295 | Check Status | Needs Work | Notice of Additional Creditors Re: Purchase of Tax Liens - Brevard County *2022-2024 real estate tax, account # 3021464* Filed by Creditor Brevard County Tax Collector. (Brevard County Tax Collector (CS), Cristal) (Entered: 07/13/2026 12:36:48 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/13/2026 | 294 | Check Status | Needs Work | Notice of Additional Creditors Re: Purchase of Tax Liens - Brevard County *2023 real estate tax, account# 3021462* Filed by Creditor Brevard County Tax Collector. (Brevard County Tax Collector (CS), Cristal) (Entered: 07/13/2026 12:34:18 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |
| 07/13/2026 | 293 | Check Status | Needs Work | Notice of Additional Creditors Re: Purchase of Tax Liens - Brevard County *2022-2024 real estate tax, account# 3021458* Filed by Creditor Brevard County Tax Collector. (Brevard County Tax Collector (CS), Cristal) (Entered: 07/13/2026 12:32:21 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>Aty Address Issues Show Corrective Entry Buttons Email Only Stop ADI |

| | | | | |
|---|---|---|---|---|
| 07/13/2026 | 292 | Check Status | Needs Work | Notice of Additional Creditors Re: Purchase of Tax Liens - Brevard County *2022 real estate tax, account# 3017210* Filed by Creditor Brevard County Tax Collector. (Brevard County Tax Collector (CS), Cristal) (Entered: 07/13/2026 12:30:13 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>Aty Address Issues / Show Corrective Entry Buttons / Email Only / Stop ADI |
| 07/13/2026 | 291 | Check Status | Needs Work | Notice of Additional Creditors Re: Purchase of Tax Liens - Brevard County *2023 real estate tax, account # 3017210* Filed by Creditor Brevard County Tax Collector. (Brevard County Tax Collector (CS), Cristal) (Entered: 07/13/2026 12:27:43 PM)<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>Aty Address Issues / Show Corrective Entry Buttons / Email Only / Stop ADI |
| 07/13/2026 | 290 | Check Status | Needs Work | Motion For Sanctions *Under Federal Rule of Bankruptcy Procedure 9011* Filed by Creditor Frank Amodeo (Williams, Ro'Shaila ) (Entered: 07/13/2026 11:30:07 AM) [CM40]<br>QC by Dana Barnes on 07/14/2026 4:34:48 PM<br>(Entered on 07/13/2026 11:53:02 AM) Item sent from QC editor to Chap workflow by Ro'Shaila Williams with text: Set for Hearing +07/14/2026 02:00 PM.<br>Show Corrective Entry Buttons / Stop ADI |
| 07/13/2026 | | Check Status | Needs Work | Service completed via CM/ECF electronic notification. Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (related document(s)288). (Leonard, Rhys) (Entered: 07/13/2026 10:30:35 AM)<br>QC by Dana Barnes on 07/15/2026 1:57:26 PM |
| 07/10/2026 | 289 | Check Status | | Proof of Service Re: Order Granting Chapter 11 Trustee's Motion for Leave to Attend by Zoom the Hearing Scheduled for July 14, 2026 at 2:00 p.m.. Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (related document(s)288). (Leonard, Rhys) (Entered: 07/10/2026 4:33:50 PM)<br>Aty Address Issues / Show Corrective Entry Buttons / Email Only / Stop ADI |
| 07/10/2026 | 288 | Check Status | Needs Work | Order *Granting Chapter 11 Trustee's Motion for Leave to Attend by Zoom the Hearing Scheduled for July 14, 2026 at 2:00 p.m.* (related document(s)285). Service Instructions: Rhys Leonard is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Moore, Chelsea) (Entered: 07/10/2026 3:31:24 PM)<br>QC by Vivianne Calderon on 07/14/2026 10:07:26 AM<br>Show Corrective Entry Buttons / Stop ADI |
| 07/10/2026 | 287 | Check Status | Needs Work | Response to *in Opposition to Pedixon LLC and ZPD LLC's Motion to Strike Late Filed Documents* Filed by Creditor Frank Amodeo (related document(s)260). (Haniff, Melissa). Modified on 7/10/2026 (Haniff, Melissa). (Entered: 07/10/2026 2:21:13 PM)<br>QC by Vivianne Calderon on 07/14/2026 10:07:26 AM<br>(Entered on 07/14/2026 05:23:41 AM) Item sent from QC editor to Chap workflow by Karla Lee Hue with text: Set for Hearing +07/14/2026 02:00 PM.<br>Show Corrective Entry Buttons / Stop ADI |
| 07/10/2026 | 286 | Check Status | Needs Work | Verified Notice *of the Money Lent, The Money Repaid, and The Value Transferred on the Dixon Loans* Filed by Creditor Frank Amodeo. (Haniff, Melissa) (Entered: 07/10/2026 2:16:15 PM)<br>QC by Vivianne Calderon on 07/14/2026 10:07:26 AM<br>(Entered on 07/14/2026 10:07:24 AM) Item sent from QC editor to Chap workflow by Vivianne Calderon with text: Set for Hearing +07/14/2026 02:00 PM.<br>Show Corrective Entry Buttons / Stop ADI |
| 07/09/2026 | 285 | Check Status | Needs Work | Motion *for Leave to Attend by Zoom the Hearing Scheduled for July 14, 2026 at 2:00pm* Filed by Rhys P Leonard on behalf of Trustee Lara Roeske Fernandez (Entered: 07/09/2026 10:01:47 AM) [Terminated on 07/10/2026]<br>QC by Vivianne Calderon on 07/10/2026 11:52:45 AM<br>(Entered on 07/10/2026 11:51:13 AM) Item sent from QC editor to Chap workflow by Vivianne Calderon with text: Set for Hearing +07/14/2026 02:00 PM.<br>Aty Address Issues / Show Corrective Entry Buttons / Stop ADI |