SEP 28 2026 PM2:32
FILED - USDC - FLMD - ORL

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FRANK L. AMODEO,**

Appellant,

v.

**LARA ROESKE FERNANDEZ,** Chapter 11 Trustee,

Appellee.

---

Case No. 6:26-cv-02089-AGM

## CERTIFICATION OF COMPLIANCE WITH RULE 11

I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to docket entries 1, 1-1, 1-2, and 1-3, by my signature below I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the filing or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filing.

Respectfully submitted this 28th day of September, 2026.

Frank L. Amodeo
*Pro se*
1311 Hoffner Avenue
Orlando, Florida 32809
(407) 406-1315
flahome32809@gmail.com

## Certification Under Penalty of Perjury That Artificial Intelligence Was Used in the Preparation of This Filing

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. Artificial intelligence was used in the preparation of this filing in the following way: Over the past fifteen months I have used ChatGPT, made by OpenAI, and Claude, made by Anthropic, and have tailored them to assist me in my work. In preparing filings in this appeal, including the brief, I use them within the "madman, architect, carpenter, judge" method of writing. (1) Madman: I have the artificial intelligence scout the orthodox positions on the legal issues and report them back to me. I assess that material together with other sources and build my own nonlinear outline of the legal issues the facts present. (2) Architect: I organize the ideas into the structure of the filing myself. Occasionally I ask the artificial intelligence for a proposed outline, but I usually find its outlines too orthodox for my style and do not use them. (3) Carpenter: I have the artificial intelligence search the record and other factual sources and return pinpoint references, which I check against my own knowledge of the facts. I also have it double-check authorities and whether they remain good law, but I do not rely on those checks; I do that work myself. (4) Judge: I have the artificial intelligence play opposing counsel, find flaws in my arguments, and point out gaps in reasoning or explanation, as a quality-control check. For this filing, Claude prepared the draft from information I supplied and formatted the document; the text of the Certification of Compliance

With Rule 11 is prescribed verbatim by Section VIII of the Standing Order, and I reviewed and adopted every sentence. This filing cites no case or other decisional authority. I do not rely on the machines. No filing is made, and no case or other decisional authority of any kind is cited, unless I have personally read it and made my own judgment about it. However, under penalty of perjury, I certify that before filing, I personally reviewed Rule 11 of the Federal Rules of Civil Procedure and I personally read every case. I understand that if a case upon which I rely does not exist or does not reasonably stand for the cited proposition, the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, that as the person signing this filing I am the person who will be held responsible for its contents even if it was prepared by someone else, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification

under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

Frank L. Amodeo

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of September, 2026, I filed this document with the Clerk of the United States District Court for the Middle District of Florida. On the same day I served a copy by U.S. Mail on Rhys P. Leonard, counsel for Appellee Lara Roeske Fernandez, Chapter 11 Trustee, 101 East Kennedy Boulevard, Suite 2700, Tampa, Florida 33602-5150, and by U.S. Mail and email on Jeffrey S. Ainsworth, Branson Ainsworth PLLC, 1501 E. Concord Street, Orlando, Florida 32803, Jeff@bransonlaw.com, counsel for PEDixon, LLC and ZPD, LLC.

Frank L. Amodeo